

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2022

No. 04-22-00492-CV

**IN THE INTEREST OF J.A.M., J.W.M., V.S.M., N.J.M., L.V.M., L.D.M., AND D.A.M.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01074
Honorable Kimberly Burley, Judge Presiding

## O R D E R

In this accelerated appeal of the trial court's order terminating Appellant's parental rights, Appellant's court-appointed attorney filed an *Anders* brief. In the brief, counsel states that after a professional evaluation of the record, counsel finds no reversible error, concludes the appeal is without merit and frivolous, and counsel attached a motion to withdraw. *See Anders v. California*, 386 U.S. 738, 744 (1967); *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in a parental rights termination appeal).

Counsel informed Appellant of his right to file a pro se brief and to request a free copy of the appellate record. Counsel provided Appellant with a form request for a free copy of the appellate record, and the form lacks only Appellant's contact information, date, and signature.

The State a letter waiving its right to file a responsive brief unless Appellant files a pro se brief.

If Appellant desires to file a pro se brief, we **order** Appellant to do so within **twenty days** of the date of this order. *See* TEX. R. APP. P. 38.6(a).

If Appellant files a pro se brief, the State may file a responsive brief not later than **twenty days** after Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

The motion to withdraw is held in abeyance pending further order of this court.

FILE COPY

It is so **ORDERED** on October 13, 2022.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT